**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MERCADO,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>R & S MANUFACTURING OF SOUTHERN CALIFORNIA, INC.,<br><br>　　　　　　Defendant. | **Case No.: 2:21-cv-08640-FWS-MRW**<br><br>**ORDER GRANTING JOINT STIPULATION OF PARTIES FOR ORDER TO ENTER CONSENT DECREE [45]**<br><br>Complaint Filed: November 2, 2021 |

///

///

///

-1-

Having considered and reviewed the Parties' Joint Stipulation of Parties for Order to Enter Consent Decree [45] (the "Stipulation"), the Proposed Consent Decree [45-1] (the "Proposed Consent Decree"), and accompanying letter [45-2], and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The Proposed Consent Decree is **APPROVED**; and
2. The court will file the executed Proposed Consent Decree with the court's signature added onto the document.

**IT IS SO ORDERED**.

Dated: May 3, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE